

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. H. Dunlap, Member
Board of Water Engineers
Austin, Texas

Dear Sir:

Opinion No. O-4928
Re: Whether the appropriation made
in House Bill No. 739 relating
to the Pecos River Compact in-
sofar as it applies to travel-
ing expenses is controlled by
the limitations as to travel-
ing expenses contained in the
rider to the Departmental Appro-
priation Bill, S. B. 423, Acts
47th Leg.

We have your letter of October 10th requesting our
opinion as to whether or not the provisions of Subsection (12)d
and (12)g of Section 2 of the Departmental Appropriation Bill,
being Senate Bill No. 423, Chapter 571, Acts Regular Session,
1941, 47th Legislature applies to traveling expenses incurred
by the Pecos River Compact Commissioner and payable out of the
special appropriation made by the Legislature in House Bill
No. 739, Chapter 632, Acts 1941, Regular Session, 47th Legis-
lature.

Subsection (12)d of Section 2 of S. B. 423, the
Departmental Appropriation Bill, requires the approval in ad-
vance by the Attorney General of any out-of-state trips by
state employees. Subsection (12)g limits the traveling expenses
of state employees to $4.00 per day for meals and lodging and
requires the itemization of such expenses.

No such limitations are placed upon the moneys appro-
priated by House Bill No. 739. Section 6 of said Act reads as
follows:

"Section 6. There is hereby appropriated out
of any funds in the State Treasury not otherwise
appropriated the sum of Thirty Thousand Dollars
($30,000.00), for the purpose of carrying out the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL

Honorable A. H. Dunlap - Page 2.

provisions of this Act. Said money shall be paid
out on sworn accounts approved by the Attorney Gen-
eral and shall be paid out of the State Treasury on
warrants of the Comptroller as under General Laws."

It is our opinion that the limitations upon travel-
ing expenses contained in the rider to Senate Bill No. 423
apply only to the appropriations made by said bill; conse-
quently they do not apply to the appropriation made by House
Bill No. 739.

In this connection we call your attention however,
to Article 6823, Revised Civil Statutes of Texas, 1925, as
amended by Chapter 218, page 372, Acts 1931, 42nd Legislature,
which reads as follows:

"The traveling and other necessary expenses
incurred by the various officers, assistants, dep-
uties, clerks and other employees in the various
departments, institutions, boards, commissions or
other subdivisions of the State Government, in the
active discharge of their duties shall be such as
are specifically fixed and appropriated by the Legis-
lature in the general appropriation bills providing
for the expenses of the State Government from year
to year. When appropriations for traveling expenses
are made any allowances or payments to officials or
employees for the use of privately owned automobiles
shall be on a basis of actual mileage traveled for
each trip or all trips covered by the expense accounts
submitted for payment or allowance from such appro-
priations, and such payment or allowance shall be
made at a rate not to exceed five (5¢) cents for
each mile actually traveled, and no additional ex-
pense incident to the operation of such automobile
shall be allowed."

We do not believe that the first sentence of this
statute purports to incorporate by reference the limitations
upon traveling expenses which may be contained in the Depart-
mental Appropriation Bill or any other general appropriation
bill into other appropriations wherein such limitations are
not expressly contained. We do believe however that the
limitation of 5 cents per mile for the use of privately owned

Honorable A. H. Dunlap - Page 3.

automobiles applies generally as a limitation upon all traveling expenses irrespective of whether such a limitation is expressly contained in the particular appropriation bill.

Trusting that the foregoing answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Walter R. Koch
Walter R. Koch
Assistant

WRK:JP

APPROVED OCT 24, 1942

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN